AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>E. Stanley Hoff<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:17-MJ-326<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 18, 2017__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115 (a)(1)(B) | Threatens to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Meghan Blasi, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/21/17

_____
*Judge's signature*

City and state: Columbus, Ohio

Honorable Elizabeth Deavers, Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Meghan E. Blasi, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the United States Capitol Police (USCP) where I have served since January 2007. I am currently assigned to the Investigations Division Threat Assessment Section. My duties and responsibilities, among other things, include investigating threats made to members of Congress. I have attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received training and gained experience in search warrant and arrest warrant applications. I have participated in numerous investigations into threats against members of Congress to include violations of Title 18, United States Code (U.S.C.), Section 115(a)(1)(B).

2. The facts set forth below are based upon my own observations, investigative reports and information provided to me by Congressional Staff. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3. On June 19, 2017, the United States Capitol Police was contacted by a Congressional Staff Member for Congressman Steve Stivers (15th District of Ohio) regarding a threatening voice mail message left on the Congressman's District Office line located in Hilliard, Ohio. This voice mail threat was left by STANLEY HOFF.

4. On June 18, 2017, at approximately 9:34a.m., HOFF called the Congressman's District Office number: 614-771-4968, and left a voice mail message that was approximately two

(2) minutes long. Congressional Staff provided your affiant a copy of the voice mail threat. Your affiant transcribed the voice mail threat which stated the following:

"Yeah sissy boy Stivers. Hey let me tell you something. I've seen the ah prayer ya'll were saying at the baseball diamond last night. I think ya'll better hit your knees and pray for the people that you're screwin' up their lives with your secret legislation that you're tryin' to run through everything. And by the way, we the people are on the march now to take back our country and our government. So says the constitution because it does say we the people. Something you repugnant fuckers don't understand. Now I've tried to warn you but you keep calling that little pissy sissy pig friend of yours. And he keeps disturbing me. Now he's gonna get ah, ah, ah civil charge filed on him if he continues. And so are you. We are coming to get every god damn one of you and your families. We are taking our country back. We are on the march. The other day is the tip of the iceberg. I've tried to warn you. You don't want to listen to me. You don't want to sit down and talk about it. So S.O.L. is going to move. One of the greatest Americans ever said that it is obvious that these meetings are doing no good that now is the time for action. You hear me clearly, queer. Ok? Maybe the next one taken down will be your daughter. Huh? Or your wife. Or even you. Think about it dumbass. We own this country. You are nothing more than a public servant. And that's what you gonna be. Ok? You are going to serve all of the public. Not just the repugnant public. All of the public. Fuck you in your left ear. Fuck you in the right ear. And everywhere else I can put it. You understand that, dumbass? Don't let your piggy friend call me. Or you'll hear from me more often."

5.  HOFF has been contacting Congressman Stivers' District Office on at least five (5) occasions and left harassing and threatening voice mail messages since February 2017. HOFF

2

previously used phone number: 614-226-0381 to contact the Congressman's office. However, on June 18, 2017, **HOFF** purposely blocked his phone number from being detected on Congressman Stivers' Congressional office line. Congressional Staff advised that this number was listed as "private" on their caller identification system. Your affiant confirmed from business records obtained from AT&T for the incoming calls to the Congressional office line that **HOFF** did in fact utilize the characters *67 in an attempt to block his incoming call from phone number (614) 483-3790. Due to previous voice mail messages from **HOFF**, your affiant as well as the Congressional Staff, identified the caller's voice as **HOFF**. **HOFF** also used the name, "S.O.L." and similar threatening rhetoric in the previous voice mail messages.

6. Due the threatening nature of this voice mail message, your affiant contacted the Upper Arlington Police Department to request that patrol units conduct regular safety checks of Congressman's Stivers' residence.

## CONCLUSION

7. The United States Capitol Police believes that **HOFF** poses a current and ongoing credible threat to Congressman Stivers. Based upon these events, there is probable cause to believe that **STANLEY HOFF**, did on or about June 18, 2017, threaten to potentially harm Congressman Stivers, with the intent to impede, intimidate, and interfere with such official while he was engaged in the performance of his official duties, in

3

violation of Title 18, United States Code, Section 115(a)(1)(B).

Respectfully submitted,

*[signature]*

Meghan E. Blasi
Special Agent
United States Capitol Police

Subscribed and sworn to before me on June 21, 2017, at Columbus, Ohio.

*[signature]*

Elizabeth Deavers
UNITED STATES MAGISTRATE JUDGE

4