2017 JUL -6 PM 2:41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA : 2:17 cr 144

v. : Case No: [Judge Watson

E. STANLEY HOFF : JUDGE

18 U.S.C. §115(A)(1)(A)
18 U.S.C. §115(a)(1)(B)
18 U.S.C. §115(b)(4)

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

On or about June 18, 2017, in the Southern District of Ohio, the defendant, **E. STANLEY HOFF**, did threaten to assault and murder a United States official, specifically a member of Congress, United States Representative Steve Stivers (OH-15), and did threaten to assault and murder a member of the immediate family of the above described United States official, with the intent to impede, intimidate, and interfere with such official

while he was engaged in the performance of his official duties, and with the intent to retaliate against such official on account of the performance of his official duties.

In violation of 18 U.S.C. §115(a)(1)(A), 18 U.S.C. §115(a)(1)(B) and 18 U.S.C. §115(b)(4).

A true bill.

S/Foreperson
FOREPERSON

BENJAMIN C. GLASSMAN
United States Attorney

GARY L. SPARTIS
Assistant United States Attorney
Deputy Chief, Columbus